NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 1:02CR27-002

John Castillo

    On November 21, 2008, the above named defendant began his five (5) year period of Supervised Release. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that John Castillo be discharged from Supervised Release.

Respectfully submitted,

_[signature]_

Glenn H. McInnes
Sr. U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _9TH_ day of _September_, 20_11_.

_[signature]_

Maurice M. Paul
Senior United States District Judge